UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HEATHER HURST                                                  CIVIL ACTION

VERSUS

MICHAEL J. ASTRUE,                                  NO.: 13-134-BAJ-SCR
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## RULING AND ORDER

On January 23, 2015, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court affirm the Commissioner of the Social Security Administration's decision denying Plaintiff Heather Patrice Hurst's ("Hurst") application for disability insurance benefits, and dismissing Hurst's appeal. **(Doc. 15.)**.

The Magistrate Judge's Report and Recommendation specifically notified all parties that, pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen (14) days from the date they were served with the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. **(Doc. 15 at p. 1.)**. A review of the record indicates that Hurst submitted written objections on February 9, 2015. **(Doc. 16)**.

Having carefully and independently considered the Magistrate Judge's Report and Recommendation, the record, the objections filed, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 15)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner of the Social Security Administration's decision denying Plaintiff Heather Patrice Hurst's application for disability insurance benefits is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 30th day of March, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA